

**COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAR 1 2 2001

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | Civil Action _____ |
| | § | |
| Rosemary Vela | § | |

B-01-043

Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. See U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant resides in Cameron County, Texas, and may be served at 1535 Cardinal Lane, Brownsville, TX 78521.

3. *The Debt.* The debt owed the United States is:

   A. Current Principal as of June 4, 1999:           $5,298.90

   B. Current interest                                 $2,483.83

   C. Adminstrative, fees, costs, penalties            $0.00

   D. Balance due as of June 4, 1999                   $7,782.73

   E. Prejudgment interest accrues at 8.00% per annum from June 4, 1999, being $1.16 per day

   F. Attorney's fees of                               $2,500.00

   G. The current balance in 3A is after credits of $0.00

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4. *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it. All conditions precedent have been performed or have occurred.

5. *Prayer.* The United States prays for judgment for:

A. The sums in paragraph 3 plus prejudgment interest through the date of judgment, adminstrative costs, and post-judgment interest.

B. Attorney's fees; and

C. Other relief the court deems proper.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas 75231
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name:    ROSEMARY VELA
AKA:

Address:    1535 CARDINAL LN

BROWNSVILLE, TX 78521
SSN:    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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 06/04/99.

On or about 11/2/87, 3/28/88, the borrower executed promissory note(s) to secure loan(s) of $2,500.00, $2,625.00 from NBC EDUCATION LOAN CENTER, SAN ANTONIO, TX. at 8.00% percent interest per annum. This loan obligation was guaranteed by TEXAS GUARANTEED STUDENT LOAN CORPORATION and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $87.85 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 9/10/92, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $5,298.88 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 9/9/98, assigned its rights and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower owes the United States the following:

| | |
|---|---|
| Principal: | $ 5,298.90 |
| Interest: | $ 2,483.83 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees: | $ 0.00 |
| Total Debt as of 06/04/99 : | $ 7,782.73 |

Interest accrues on the principal shown here at the rate of $1.16 per day.

Pursuant to 28 USC §1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/25/99    Name: [signature]
Title: Loan Analyst
Branch: Litigation

EXHIBIT A