4

United States District Court
Southern District of Texas
ENTERED

APR 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,       §
                                §
versus                          §         Civil Action B-01-43
                                §
Rosemary Vela                   §

## Agreed Judgment

On the agreement of the parties, it is adjudged that the United States of America recover from Rosemary Vela:

A.  $7,782.73, plus

B.  Prejudgment interest from June 4, 1999 at 8.00% per annum until the date of judgment, plus

C.  Attorney's fees of $550.00 and all costs of court, plus

D.  Post-judgment interest at _4.07_ % per annum.

Signed _April 17_, 2001.

_____
United States District Judge

AGREED:

_____        _____
Rosemary Vela                          Attorney for the United States

STATE OF TEXAS §
COUNTY OF CAMERON §

This instrument was acknowledged before me on the 5th day of APRIL, 2001, by Rosemary Vela who stated to me that he/she signed the same for the purposes and considerations therein expressed.



Notary Public - State of Texas

My Commission Expires: 1-8-2004